IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:07-CR-67 (WDO) |
|---|---|---|
| v. | : | |
| CHRISTOPHER WILLIAMS | : | |
| _____ | : | |

**ORDER**

Upon the motion of the Government, for the reasons set forth in the Government's Motion to Continue, IT IS HEREBY ORDERED that the case be continued to the next term of court. In support of this order the court specifically finds that:

(1)

The Defendant was indicted on July 19, 2007, and charged with distribution of crack cocaine. Defendant was arraigned on August 16, 2007. The case was not placed on the October trial calendar.

(2)

The Government's case will be based on the contents of taped conversations accumulated during the course of the investigation. The Government is in the process of preparing transcripts to correspond to the taped conversation. The tapes and transcripts will be necessary to prove the Government's case-in-chief. The transcripts will not be completed in time of the October term of court.

SO ORDERED, this 26th day of September 2007.

*S/ Hugh Lawson*_____
HON. HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:

s/CHARLES L. CALHOUN
BAR NO. 102875
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Fax Number: (478) 621-2655